# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOELLE STALLSMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINDER PSYCHIATRIC GROUP, INC., a California corporation, et al.,<br><br>Defendants. | No. 2:15-cv-00667-MCE-CKD<br><br><br>**ORDER** |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." See 28 U.S.C. § 636(c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

///

///

///

1

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Carolyn K. Delaney.  The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:15-cv-00667-CKD.  All currently scheduled dates presently set before Judge England are hereby VACATED.

Dated:  May 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated:  May 28, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE