Alden J. Parker, State Bar No. 196808
Email: aparker@laborlawyers.com
Alexa R. Greenbaum, State Bar No. 293736
Email: agreenbaum@laborlawyers.com
FISHER & PHILLIPS LLP
1215 K Street, 17th Floor
Sacramento, CA 95814
Telephone (916) 440-0865
Facsimile (916) 440-0993

Attorneys for Defendants
LINDER PSYCHIATRIC GROUP, INC.,
DAVID LINDER, M.D., RENAE LINDER

ERICK C. TURNER, State Bar No. 236186
TURNER LAW GROUP
1104 Corporate Way
Sacramento, CA 95831
Telephone: (916) 529-3265
erick@calaborcounsel.com

BRIAN S. CRONE, State Bar No. 191731
THE LAW OFFICE OF BRIAN CRONE
1104 Corporate Way
Sacramento, CA 95831
Telephone: (916) 395-4464
briancrone@cronelawoffice.com

Attorneys for Plaintiff JOELLE STALLSMITH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOELLE STALLSMITH, on behalf of herself and all others similarly situated, | Case No. 2:15-cv-00667-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TRIAL AND DEADLINES** |
| v. | |
| LINDER PSYCHIATRIC GROUP, INC., a California Corporation; DAVID LINDER, M.D., an individual; RENAE LINDER, an individual; and DOES 1 to 100, inclusive, | |
| Defendants. | Action Filed: November 18, 2014 |

Defendants Linder Psychiatric Group, Inc., David Linder, M.D., and Renae

Linder ("Defendants") and Joelle Stallsmith ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 2, 2015, the Status (Pretrial Scheduling) Order was filed.

WHEREAS, Trial in the instant action is currently scheduled for September 26, 2016.

WHEREAS, the Final Pretrial Conference is currently scheduled for July 27, 2016.

WHEREAS, all pretrial law and motion shall be completed by June 29, 2016.

WHEREAS, the Parties are engaging in good faith early settlement discussions;

WHEREAS, the Parties have recently agreed to explore potential resolution of this matter through the Court's Voluntary Dispute Resolution Program ("VDRP").

WHEREAS, the Parties desire to focus their efforts and resources on potential resolution of this matter and postpone costly trial preparation for a brief period of time;

WHEREAS, the Parties agree that there is good cause to continue the trial date and all applicable deadlines for at least ninety (90) days in order to facilitate good faith settlement negotiations between the Parties without incurring unnecessary costs and fees associated with trial preparation;

WHEREAS, continuance is necessary to avoid the Parties incurring unnecessary filing costs;

WHEREAS, this Stipulation is not entered into with the intent to delay.  By continuing of the trial and applicable deadlines, there will be no prejudice to any party or to any of the witnesses involved in the case;

WHEREAS, the Parties have not previously sought any prior continuances; and

WHEREAS, the current trial date has not been previously continued by this

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TRIAL AND DEADLINES

1

Court.

## **STIPULATION**

IT IS HEREBY STIPULATED by all Parties, through their respective counsel, that:

1.   The trial of this matter be continued from September 26, 2016 to February 6, 2017, or to a later date decided upon by the Court.

2.   The deadline for all pretrial law and motion shall be continued at least (90) days from June 29, 2016 to September 29, 2016, or a later date decided upon by the Court.

3.   All pre-trial deadlines and dates shall be extended in accordance with the new trial date.

4.   This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which shall constitute one and the same Stipulation.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

Date: May 20, 2016                FISHER & PHILLIPS LLP


                                  By:   /s/ Alden J. Parker
                                       Alden J. Parker

                                  Attorneys for Defendants
                                  LINDER PSYCHIATRIC GROUP, INC.,
                                  DAVID LINDER, M.D., RENAE LINDER

Dated: May 20, 2016               THE LAW OFFICE OF BRIAN CRONE


                                  By:   /s/ Brian Crone
                                       Brian Crone

                                  Attorney for Plaintiff
                                  JOELLE STALLSMITH



PURSUANT TO STIPULATION, IT IS SO ORDERED.


    Discovery cut-off is continued to July, 27, 2016.


    Law and motion cut-off is continued to September 28, 2016.


    Pretrial conference is continued to January 11, 2017 at 11:00 a.m.


    Trial is continued to February 6, 2017 at 9:00 a.m.


Dated:  05/24/16



                                  _____
                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

                                  _____
                                      STIPULATION AND [PROPOSED] ORDER
                                      TO EXTEND TRIAL AND DEADLINES

3