ERICK C. TURNER (State Bar No. 236186)
TURNER LAW GROUP
1104 Corporate Way
Sacramento, CA 95831
Telephone: (916) 529-3265
erick@calaborcounsel.com

BRIAN S. CRONE (State Bar No. 191731)
THE LAW OFFICE OF BRIAN CRONE
1104 Corporate Way
Sacramento, CA 95831
Telephone: (916) 395-4464
briancrone@cronelawoffice.com

Attorneys for Plaintiff JOELLE STALLSMITH

Alden J. Parker, State Bar No. 196808
Email: aparker@laborlawyers.com
Alexa R. Greenbaum, State Bar No. 293736
Email: agreenbaum@laborlawyers.com
FISHER & PHILLIPS LLP
1215 K Street, 17th Floor
Sacramento, CA 95814
Telephone (916) 440-0865
Facsimile (916) 440-0993

Attorneys for Defendants
Linder Psychiatric Group, Inc.,
David Linder, M.D., Renae Linder

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOELLE STALLSMITH, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINDER PSYCHIATRIC GROUP, INC., a California Corporation; DAVID LINDER, M.D., an individual; RENAE LINDER, an individual; and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00667-CKD<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Date: May 25, 2016              FISHER & PHILLIPS LLP


By:  /s/
    Alden J. Parker

Attorneys for Defendants
LINDER PSYCHIATRIC GROUP, INC.,
DAVID LINDER, M.D., RENAE LINDER

Dated: May 25, 2016             THE LAW OFFICE OF BRIAN CRONE


By:  /s/
    Brian Crone

Attorney for Plaintiff
JOELLE STALLSMITH

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk of Court is directed to serve a copy of this order on the Court's VDRP coordinator.

Dated:  June 2, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE