ERICK C. TURNER (State Bar No. 236186)
**TURNER LAW GROUP**
1104 Corporate Way
Sacramento, CA 95831
Telephone: (916) 529-3265
erick@calaborcounsel.com

BRIAN S. CRONE (State Bar No. 191731)
**THE LAW OFFICE OF BRIAN CRONE**
1104 Corporate Way
Sacramento, CA 95831
Telephone: (916) 395-4464
briancrone@cronelawoffice.com

Attorney for Plaintiff JOELLE SMITHSMITH

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| JOELLE STALLSMITH, on behalf of herself and all other similarly situated,<br>　　　　Plaintiff,<br>　　vs.<br>LINDER PSYCHIAYRIC GROUP, INC., a California Corporation; DAVID LINDER, M.D., an individual; RENAE LINDER, an individual; and DOES 1 to 100, inclusive;<br>　　　　Defendants<br>AND RELATED COUNTERCLAIM | Case No.: No. 2:15-cv-00667-MCE-CKD<br><br>**JOINT MOTION TO DISMISS ACTION UPON STIPULATION** |

　　　　ALL OF THE PARTIES TO THIS LITIGATION AND THEIR COUNSEL STIPULATE TO THE ENTRY OF THIS AGREED ORDER OF DISMISSAL

**AGREED ORDER OF DISMISSAL**

　　　　The parties hereby agree that this case has been settled and that all issues and controversies, including the Complaint and Counter-Claim, have been resolved to their mutual satisfaction.  The parties request the Court to retain jurisdiction to enforce the terms of their

**1**

settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

IT IS SO STIPULATED, THROUGH THE PARTIES AND THEIR COUNSEL OF RECORD.

Dated: January 3, 2017            **THE LAW OFFICE OF BRIAN CRONE/TURNER LAW GROUP**

By:   /s/ Brian Crone
      Brian Crone
      Erick Turner
      Attorneys for Plaintiff
      JOELLE STALLSMITH

Dated: January 3, 2017            **FISHER & PHILLIPS LLP**

By:   /s/ Alden J. Parker
      Alden J. Parker
      Attorney for Defendant

**IT IS HEREBY ORDERED:**

1. The parties shall comply with all of the terms of their confidential Settlement Agreement and Mutual Release of All Claims ("Settlement Agreement") entered into on or about November 23, 2016.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement through January 1, 2018.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed, with prejudice, and each party to bear his, her or its own attorneys' fees and costs.

Dated:  January 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2